IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 AUG 27 A 11: 20

| | |
|---|---|
| TIMOTHY LANCE HUNTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-CV-769-MHT |
| ASPLUNDH TREE EXPERT COMPANY, RMSCO, INC. and JIMMY RUMKER, | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Asplundh Tree Expert Company ("Asplundh") and RMSCO, Inc. hereby give notice that the civil action pending in the Circuit Court of Henry County, Alabama, identified as *Timothy Lance Hunter v. Asplundh Tree Expert Company, Jimmy Rumker and RMSCO, Inc.*, Civil Action No. CV-2007-900054, is removed to this Court. As grounds for removal, defendants show the following:

1.  Pursuant to 28 U.S.C. § 1446(a), copies of all documents, including all process, pleadings and orders served on defendants are attached as Exhibit A.

2.  Asplundh is the sponsor and plan administrator of The Asplundh RMSCO Health Plan ("the Plan"), which is an "employee welfare benefit plan" within the meaning of 29 U.S.C. § 1002(1).

3. In his Complaint, plaintiff asserts a claim against defendants for breach of contract premised on a denial of benefits through the Plan, following an accident he experienced in January 2005. See Complaint ¶ 28 ("This actions seeks to recover benefits due to Plaintiff under the terms of said policy or plan and seeks to enforce Plaintiff's rights under the terms of said policy or plan."). Plaintiff demands judgment in the form of money damages, an order requiring defendants to pay all related future claims, attorney's fees and "other, further, or different relief as may be just and proper including but not limited to punitive damages." Id. ¶ 34, Prayer for Relief.

4. Plaintiff's claim is subject to "super preemption" under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 *et seq.* (ERISA), because it relates to an employee welfare benefit plan and seeks benefits allegedly payable under such plan. Id. § 1144; Pilot Life Ins. Co. v. Dedeaux, 481 U.S. 41, 48 (1987); Metropolitan Life Insurance Co. v. Taylor, 481 U.S. 58, 67 (1987); Butero v. Royal Maccabees Life Ins. Co., 174 F.3d 1207, 1211-13 (11th Cir. 1999).

5. This Court has original jurisdiction over the claim asserted in plaintiff's Complaint pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(f). If there are any claims in this action that are not subject to the Court's jurisdiction under those statutes, which defendants deny, the Court has jurisdiction under 28 U.S.C. § 1367.

6. This action is properly removable to this Court pursuant to 28 U.S.C. § 1441(b) because the state law claim alleged involves exclusive federal remedies available to participants and beneficiaries under ERISA plans, pursuant to 29 U.S.C. § 1132(a).

7. A true copy of this notice of removal will be filed promptly with the Clerk of the Circuit Court of Henry County, Alabama, as required by 28 U.S.C. § 1446(d).

8. According to the Henry County Clerk's office, individual defendant Jimmy Rumker has not been served. Defendant RMSCO, Inc. was served on July 30, 2007 and defendant Asplundh was served on August 3, 2007. This matter is being removed within 30 days of service, as required by 28 U.S.C. § 1446(b).

Respectfully submitted,

_____
Shannon L. Miller (ASB-8026-R60S)

_____
David T. Wiley (ASB-4051-Y54D)

Attorneys for defendants

Jackson Lewis LLP
2001 Park Place North, Ste. 650
Birmingham, Alabama 35203
Tel: (205) 332-3102/3104
Fax: (205) 332-3131

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served *via* U.S. Mail, First Class and postage prepaid, upon the following counsel of record:

>Michael W. Rountree
>Rountree & Associates, LLC
>448 Saint Lukes Drive
>Montgomery, Alabama 36117

This the 24th day of August, 2007.

_____
Shannon L. Miller

# EXHIBIT A

Case 1:07-cv-00769-MHT-TFM    Document 1-2    Filed 08/27/2007    Page 1 of 11

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>37-CV-2007-900054.00 |
|---|---|---|

### IN THE CIVIL COURT OF HENRY, ALABAMA
### TIMOTHY LANCE HUNTER v. JIMMY RUMKER ET AL

**NOTICE TO**  ASPLUNDH TREE EXPERT CO., 708 BLAIR MILL ROAD, WILLOW GROVE PA, 19090

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL ROUNTREE
WHOSE ADDRESS IS 448 SAINT LUKES DRIVE, MONTGOMERY AL, 36117

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   TIMOTHY LANCE HUNTER
  pursuant to the Alabama Rules of the Civil Procedure

7/21/2007 11:47:11 AM          /s SHIRLENE B. VICKERS
Date                            Clerk/Register                              By

☑ Certified mail is hereby requested        /s MICHAEL ROUNTREE
                                            Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____        _____
Date                    Server's Signature

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>37-CV-2007-900054.00 |
|---|---|---|

**IN THE CIVIL COURT OF HENRY, ALABAMA**
**TIMOTHY LANCE HUNTER v. JIMMY RUMKER ET AL**

NOTICE TO   RMSCO, IN., 115 CONTINUM DRIVE, LIVERPOOL NY, 13088

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL ROUNTREE

WHOSE ADDRESS IS 448 SAINT LUKES DRIVE, MONTGOMERY AL, 36117

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   TIMOTHY LANCE HUNTER
pursuant to the Alabama Rules of the Civil Procedure

7/21/2007 11:47:11 AM          /s SHIRLENE B. VICKERS
Date                            Clerk/Register                              By

☑ Certified mail is hereby requested    /s MICHAEL ROUNTREE
                                        Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

Date                Server's Signature

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>37-CV-200<br>Date of Filing:<br>07/21/2007 | ELECTRONICALLY FILED<br>7/21/2007 11:47 AM<br>CV-2007-900054.00<br>CIRCUIT COURT OF<br>HENRY COUNTY, ALABAMA<br>SHIRLENE B. VICKERS, CLERK |

## GENERAL INFORMATION

**IN THE CIRCUIT OF HENRY COUNTY, ALABAMA**
**TIMOTHY LANCE HUNTER v. JIMMY RUMKER ET AL**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:**

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ Yes  ☐ No

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ROU009    7/21/2007 11:45:24 AM    /s MICHAEL ROUNTREE

**MEDIATION REQUESTED:** ☑ Yes  ☐ No  ☐ Undecided

ELECTRONICALLY FILED
7/21/2007 11:47 AM
CV-2007-900054.00
CIRCUIT COURT OF
HENRY COUNTY, ALABAMA
SHIRLENE B. VICKERS, CLERK

| | | |
|---|---|---|
| In Re the Matter of | § | IN THE CIRCUIT COURT |
| | | FOR HENRY COUNTY, ALABAMA |
| Timothy Lance Hunter, | § | |
| Plaintiff, | | Case Number:   CV 2007 - _____ |
| vs. | § | |
| | | |
| Asplundh Tree Expert Co., | § | |
| Jimmy Rumker, RMSCO, Inc. | | |
| | § | |

## COMPLAINT
### Breach of Contract

1. Defendant, Asplundh Tree Expert Co., is a foreign corporation properly licensed in the State of Alabama engaged in the business of tree trimming and power line right of way clearing.

2. Defendant, Jimmy Rumker, is an individual engaged as an agent for the Defendant, Asplundh, in the business of tree trimming and power line right of way clearing.

3. Defendant, Jimmy Rumker, is believed to over the age of nineteen and is a resident Henry County, Alabama.

4. Defendant, Jimmy Rumker, is conducting business out of his home at 206 Alice Drive, Abbeville, Al., for the benefit of Asplundh.

5. Defendant, Jimmy Rumker, is believed to intentionally have caused the co-defendant to cancel the insurance of the Plaintiff improperly.

6. The events that have caused the Plaintiff to be damaged transpired in Henry County at the home office of the co-defendant, Rumker.

7. Defendant, RMSCO, is a corporation engaged in the business of managing insurance programs for the co-defendant Asplundh.

8. Defendant, RMSCO, failed to notify the Plaintiff that his insurance had been canceled.

9. On or about the 8th day of January the Defendant, Granger and/or Asplundh, jointly withheld premiums for insurance from the Plaintiff's payroll check which they then sent to him on the 14th day of January causing him to believe that he still had insurance.

10. On or about the 7th day of January 2005, the Plaintiff was injured in an accident and advised his supervisor and the co-defendant, Rumker.

11. On January 10, 2005 defendant advised Granger, his supervisor, that he was unable to come to work because of the car accident.

12. Plaintiff was advised to inform him when the doctor released him to return to work.

13. On January 11, 2005, the Plaintiff was injured by a third party, requiring surgery on the 19th day of January.

14. On February 14, 2005 he returned to work.

15. On or about the 8th day of March, 2005 the claims for medical treatment was rejected a insurance being canceled.

16. Plaintiff contacted Granger and asked if there was a problem with his insurance. Granger promised to check out the problem.

17. In July of 2005 Plaintiff learned that the reason for the confusion was that Rumker had advised Asplundh that Plaintiff was no longer employed.

18. Plaintiff contacted Tim Granger about the problem and he was advised that Rumker was contacted and that he promised to correct the problem.

19. Rumker refused and/or failed to correct the incorrect information, therby causing damage to the Plaintiff in excess of $ 5,000.00.

20. Plaintiff relied on Granger's and Rumker's promise to check out the problem to his detriment.

21. Plaintiff again resubmitted claims and made demands of the employer to pay as per the term of his employment contract and per the premiums being deducted from his paycheck. Said claims were again rejected after July of 2005.

22. Plaintiff and the Defendant's had a contractual arrangement by which the Plaintiff was required to perform certain functions for the Defendants. In return the Defendant's would pay him a certain sum of money.

23. As an additional condition of the contract for employment, the Defendant's would withhold a portion of the money earned by the Plaintiff in exchange for providing medical insurance coverage.

24. Defendant's withheld said money from his salary on January 8, 2005, or shortly thereafter but then failed to provide insurance coverage for the Plaintiff when claims were made against the insurance.

25. Defendant, Rumker filed false information to Asplundh causing confusion with the record

keeping of Asplundh, and after being requested to correct said problem he refused and intentonaly caued the Plaintiff to be damaged.

26. Due to the intentional breach of the contract the Defendant's were unjustly enriched while the Plaintiff suffered damages in excess of $ 5,000.00.

27. The Defendant, RMSCO, issued to the Plaintiff's employer, Asplundh, a policy of group health insurance, in which Plaintiff is a participant.

28. This action seeks to recover benefits due to Plaintiff under the terms of said policy or plan and seeks to enforce Plaintiff's rights under the terms of said policy or plan.

29. On or about the 18th day of January, 2005, Plaintiff's providers filed several claims with Defendant, RMSCO. Said claims were then refiled, and rejected after July of 2005, the Plaintiff filed repeated claims with Defendant's seeking benefits under said policy or plan.

30. Defendants wrongfully denied said claim(s).

31. Because of the claims and/or statements made by Rumker the claims were denied and the Plaintiff was damaged.

32. If not for the breach by the Defendant's of the contractual agreement between the Plaintiff and the defendant's, the Plaintiff would not have been damaged and now be facing payment of medical bills for treatment that was covered by the benefit program.

33. Plaintiff believes it would be futile to file further claims for the present unpaid bills and/or claims.

34. Plaintiff claims that said acts were intentional and is seeking punitive damages.

WHEREFORE, the Plaintiff prays the Court as follows:

(1) for a judgment against the Defendant in the sum of all the claims for past benefits wrongfully withheld from Plaintiff by Defendant; and for a judgment against Defendant ordering Defendant to pay all similar claims of the Plaintiff in the future; and
(2) for an award of attorney's fees; and
(3) for such other, further, or different relief as may be just and proper including but not limited to punitive damages.

Done this the 12 day of July 2007.

*[signature]*
Timothy Lance Hunter, Plaintiff

*[signature]*
Michael W. Rountree, (ROU009)
Attorney for Plaintiff

Of Counsel:

Rountree & Associates, LLC
448 Saint Lukes Drive
Montgomery, Al. 36117
Ph:   (334) 270-8291
Fax:  (334) 270-8294

## Service

Plaintiff request that the parties be served at the following Address:

| | | |
|---|---|---|
| Jimmy Rumker | Asplundh Tree Expert Co. | RMSCO, Inc. |
| 206 Alice Drive | 708 Blair Mill Road | 115 Continuum Drive, |
| Headland, Al. | Willow Grove, PA. 19090-1701 | Liverpool, NY 13088 |

**Plaintiff request a jury Trial.**

*[signature]*
Of Counsel



**AlaFile E-Notice**

37-CV-2007-900054.00
Judge: CHARLES L LITTLE

To: ROUNTREE MICHAEL W
mwrra@knology.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

TIMOTHY LANCE HUNTER V. JIMMY RUMKER ET AL
37-CV-2007-900054.00

The following matter was served on 8/3/2007

D002 ASPLUNDH TREE EXPERT CO.
**CERTIFIED MAIL**

SHIRLENE B. VICKERS
CIRCUIT COURT CLERK
HENRY COUNTY, ALABAMA
101 W. COURT SQUARE
ABBEVILLE, AL 36310

334-585-2753
shirlene.vickers@alacourt.gov



**AlaFile E-Notice**

37-CV-2007-900054.00

Judge: CHARLES L LITTLE

To: ROUNTREE MICHAEL W
mwrra@knology.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

TIMOTHY LANCE HUNTER V. JIMMY RUMKER ET AL
37-CV-2007-900054.00

The following matter was served on 7/30/2007

D003 RMSCO, IN.

**CERTIFIED MAIL**

**SHIRLENE B. VICKERS**
**CIRCUIT COURT CLERK**
HENRY COUNTY, ALABAMA
101 W. COURT SQUARE
ABBEVILLE, AL 36310

334-585-2753
shirlene.vickers@alacourt.gov

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, [2], and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   RMSCO, IN.,
   115 Continum DR
   Liverpool NY, 13088

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jim Chase_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jim Chase
C. Date of Delivery: 7-30-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 6418 3958

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, [2], and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Asplundh Tree Expert
   708 Blair Mill Rd
   Willow Grove Pa. 19090
   CV07-900054

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): _____
C. Date of Delivery: 8-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 6418 3965

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540