```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000238
Cashier ID: khaynes
Transaction Date: 08/27/2007
Payer Name: JACKSON LEWIS
------------------------------------
CIVIL FILING FEE
  For: JACKSON LEWIS
  Case/Party: D-ALM-1-07-CV-000769-001
  Amount:         $350.00
------------------------------------
CHECK
  Check/Money Order Num: 1027
  Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

TIMOTHY LANCE HUNTER V. ASPLUNDH
TREE EXPERT  ET AL
```