IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LANCE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv769-MHT |
| | ) | |
| ASPLUNDH TREE EXPERT | ) | |
| COMPANY, RMSCO, INC. and | ) | |
| JIMMY RUMKER, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to dismiss and alternative motion to strike (Doc. No. 3) are set for submission, without oral argument, on September 17, 2007, with all briefs due by said date.

DONE, this the 28th day of August, 2007.


                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE