# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LANCE HUNTER, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   v. | )    Case No. 1:07-CV-769-MHT |
| | ) |
| ASPLUNDH TREE EXPERT COMPANY, | ) |
| RMSCO, INC. and JIMMY RUMKER, | ) |
| | ) |
|   Defendants. | ) |
| | ) |

## CONFLICT DISCLOSURE STATEMENT FOR
## ASPLUNDH TREE EXPERT COMPANY

COMES NOW Asplundh Tree Expert Company, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☒    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
| --- | --- |
| ACH Inc. | Subsidiary |
| ALS of North Carolina, Inc. | Subsidiary |
| American Lighting & Signilization, Inc. | Subsidiary |
| ArborMetrics Solutions, Inc. | Subsidiary |
| Asplundh (New Zealand) | Subsidiary |
| Asplundh Brush Control Company | Subsidiary |
| Asplundh Buick/Pontiac - GMC | Subsidiary |
| Asplundh Canada ULC | Subsidiary |
| Asplundh Construction Corp. | Subsidiary |
| Asplundh Environmental Services, Inc. | Subsidiary |
| Asplundh GMC-Isuzu, Inc. | Subsidiary |
| Asplundh Investments, Inc. | Subsidiary |
| Asplundh Motor Company, Inc. | Subsidiary |
| Asplundh One Call, Inc. | Subsidiary |
| Asplundh Subsidiary Holdings, Inc. | Subsidiary |
| Asplundh Tree Expert (Australia) PTY LTD | Subsidiary |
| Asplundh Tree Service ULC | Subsidiary |

| Reportable Entity | Relationship to Party |
| --- | --- |
| Blair Mill Equipment Leasing, Inc. | Subsidiary |
| Blair Mill Investments, Inc. | Subsidiary |
| Blume Tree Services, Inc. | Subsidiary |
| Central Locating Service, Ltd. | Subsidiary |
| D.J. Silviculture Enterprises LTD | Subsidiary |
| Evergreen Receivables Ltd. | Subsidiary |
| Innovative Vegetation Services, Inc. | Subsidiary |
| K&V Meter Automation LLC | Joint Venture |
| National Utility Line Clearance Co. | Subsidiary |
| Nelson Tree Service, Inc. | Subsidiary |
| Tree Preservation Co., Inc. | Subsidiary |
| Trees, Inc. | Subsidiary |
| UtiliCon Solutions, Ltd. | Subsidiary |
| Utility Lines Construction Services, Inc. | Subsidiary |
| Utility Meter Services, Inc. | Subsidiary |
| Utility Pole Technologies, Inc. | Subsidiary |
| Utility Tree Service, Inc. | Subsidiary |
| VSI Meter Services, Inc. | Subsidiary |

| Reportable Entity | Relationship to Party |
|---|---|
| Willow Grove Aviation, Ltd. | Subsidiary |
| Willow Grove Insurance Ltd. | Subsidiary |

Respectfully submitted,

*s/ David T. Wiley*
Shannon L. Miller (ASB-8026-R60S)
David T. Wiley (ASB-4051-Y54D)
Jackson Lewis LLP
2001 Park Place North, Ste. 650
Birmingham, Alabama 35203
Tel:  (205) 332-3102/3104
Fax:  (205) 332-3131

Attorneys for Defendant

# CERTIFICATE OF SERVICE

This is to certify that on this the 12th day of September, 2007, the undersigned served a copy of the foregoing through the Court's CM/ECF filing system, as follows:

Michael W. Rountree, Esq.
Rountree & Associates, LLC
448 Saint Lukes Drive
Montgomery, Alabama  36117

*s/ David T. Wiley*
David T. Wiley

4