# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LANCE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| ASPLUNDH TREE EXPERT COMPANY, | ) | |
| RMSCO, INC. and JIMMY RUMKER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONFLICT DISCLOSURE STATEMENT
## FOR RMSCO, INC.

COMES NOW RMSCO, Inc., a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Excellus Acquisition, Inc. | Parent |
| Excellus Health Plan, Inc. | Parent |
| Medical Claims Service, Inc. | Subsidiary |
| 344 South Warren Street Corp. | Subsidiary |

Respectfully submitted,

*s/ David T. Wiley*
Shannon L. Miller (ASB-8026-R60S)
David T. Wiley (ASB-4051-Y54D)
Jackson Lewis LLP
2001 Park Place North, Ste. 650
Birmingham, Alabama 35203
Tel:   (205) 332-3102/3104
Fax:   (205) 332-3131

Attorneys for Defendant

## CERTIFICATE OF SERVICE

  This is to certify that on this the 12th day of September, 2007, the undersigned served a copy of the foregoing through the Court's CM/ECF filing system, as follows:

    Michael W. Rountree, Esq.
    Rountree & Associates, LLC
    448 Saint Lukes Drive
    Montgomery, Alabama  36117


        *s/ David T. Wiley*
        David T. Wiley