# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LANCE HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-769-MHT |
| ) | |
| ASPLUNDH TREE EXPERT COMPANY, ) | |
| RMSCO, INC. and JIMMY RUMKER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT JIMMY RUMKER'S NOTICE OF
## CONSENT TO REMOVAL AND MOTION TO DISMISS

Defendant Jimmy Rumker ("Rumker") hereby consents to the Removal and Motion to Dismiss filed by defendants Asplundh Tree Expert Company and RMSCO, Inc. As grounds for this Consent, defendant Rumker states as follows:

1. On July 21, 2007, plaintiff Timothy Hunter filed a Summons and Complaint in the Circuit Court of Henry County, Alabama, identified as *Timothy Lance Hunter v. Asplundh Tree Expert Company, Jimmy Rumker and RMSCO, Inc.*, Civil Action No. CV-2007-900054.

2. On August 27, 2007, defendants Asplundh Tree Expert Company and RMSCO, Inc. removed the case to this Court and filed a Motion to Dismiss and Alternative Motion to Strike.

3. Individual defendant Jimmy Rumker was served with a copy of the state court Complaint on October 26, 2007.

4. Defendant Rumker hereby joins in the removal of the case to federal court and, for the reasons asserted in the corporate defendants' motion to dismiss, likewise moves the Court to dismiss the case.

5. A copy of the summons served on Rumker is attached as Exhibit A. The remainder of the documents filed in state court previously were attached to the corporate defendants' notice of removal.

5. A true copy of this notice of consent will be filed promptly with the Clerk of the Circuit Court of Henry County, Alabama, as required by 28 U.S.C. § 1446(d).

    Respectfully submitted,

    s/ David T. Wiley
    Shannon L. Miller (ASB-8026-R60S)
    David T. Wiley (ASB-4051-Y54D)
    Attorneys for defendants

    Jackson Lewis LLP
    2001 Park Place North, Ste. 650
    Birmingham, Alabama 35203
    Tel:   (205) 332-3102/3104
    Fax:  (205) 332-3131

## CERTIFICATE OF SERVICE

      This is to certify that on this the <u>9th</u> day of November, 2007, the undersigned served a copy of the foregoing through the Court's CM/ECF filing system, as follows:

      Michael W. Rountree
      Rountree & Associates, LLC
      448 Saint Lukes Drive
      Montgomery, Alabama  36117

                              *s/ David T. Wiley*
                              David T. Wiley

ORIG

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>37-CV-2007-900054.00 |
|---|---|---|

IN THE CIVIL COURT OF HENRY, ALABAMA
TIMOTHY LANCE HUNTER v. JIMMY RUMKER ET AL

NOTICE TO JIMMY RUMKER, 206 ALICE DRIVE, HEADLAND AL, 36345

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL ROUNTREE

WHOSE ADDRESS IS 448 SAINT LUKES DRIVE, MONTGOMERY AL, 36117

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure

7/21/2007 11:47:11 AM          /s SHIRLENE B. VICKERS
Date                           Clerk/Register                           By

[ ] Certified mail is hereby requested
                                Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____
[✓] I certify that I personally delivered a copy of the Summons and Complaint to Jimmy Rumker
_____ in Henry County, Alabama on 10-26-07

10-26-07
Date                            Server's Signature



RECEIVED
OCT 18 2007
SHERIFF'S OFFICE
HENRY COUNTY, AL