IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LANCE HUNTER,        ) | |
|     Plaintiff,        ) | |
|     )          | CIVIL ACTION NO. |
| v.        ) | 1:07cv769-MHT |
|     )          | |
| JIMMY RUMKER,        ) | |
|     Defendant.        ) | |

ORDER

It is ORDERED that defendant Jimmy Rumker's motion to dismiss (Doc. No. 8) is set for submission, without oral argument, on December 14, 2007, with all briefs due by said date.

DONE, this the 26th day of November, 2007.

                 /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE