**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY LANCE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-769-MHT |
| | ) | |
| ASPLUNDH TREE EXPERT COMPANY, | ) | |
| RMSCO, INC. and JIMMY RUMKER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT FOR JIMMY RUMKER**

COMES NOW Jimmy Rumker, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or
- ☐ This party is a governmental entity, or
- ■ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

Respectfully submitted,

*s/ David T. Wiley*
Shannon L. Miller (ASB-8026-R60S)
David T. Wiley (ASB-4051-Y54D)
Jackson Lewis LLP
800 Shades Creek Parkway, Ste, 870
Birmingham, Alabama 35209
Tel: (205) 332-3102/3104
Fax: (205) 332-3131

Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of November, 2007, the undersigned served a copy of the foregoing through the Court's CM/ECF filing system, as follows:

Michael W. Rountree, Esq.
Rountree & Associates, LLC
448 Saint Lukes Drive
Montgomery, Alabama 36117

*s/ David T. Wiley*
David T. Wiley