# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LANCE HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-769-MHT |
| ) | |
| ASPLUNDH TREE EXPERT COMPANY, ) | |
| RMSCO, INC. and JIMMY RUMKER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that the Birmingham office of Jackson Lewis LLP has moved. Please forward copies of all pleadings, correspondence, etc. to Shannon Miller and David Wiley at the following address:

> First Commercial Bank Building
> 800 Shades Creek Parkway, Suite 870
> Birmingham, Alabama  35209
> Phone:  (205) 332-3102/3104
> Fax:  (205) 332-3131

        Respectfully submitted,

        *s/ David T. Wiley*
        Shannon L. Miller (ASB-8026-R60S)
        David T. Wiley (ASB-4051-Y54D)
        Jackson Lewis LLP
        First Commercial Bank Building
        800 Shades Creek Parkway, Suite 870
        Birmingham, Alabama 35209
        Tel:  (205) 332-3102/3104
        Fax:  (205) 332-3131

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on this the 30th day of November, 2007, the undersigned served a copy of the foregoing through the Court's CM/ECF filing system, as follows:

        Michael W. Rountree, Esq.
        Rountree & Associates, LLC
        448 Saint Lukes Drive
        Montgomery, Alabama  36117

        *s/ David T. Wiley*
        David T. Wiley