### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LANCE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-769-MHT |
| | ) | |
| JIMMY RUMKER, | ) | |
| | ) | |
| Defendant. | ) | **UNOPPOSED** |

### MOTION TO EXTEND TIME TO
### CONDUCT DISCOVERY CONFERENCE

1. Plaintiff Timothy Lance Hunter filed this lawsuit against Asplundh, RMSCO and individual defendant Jimmy Rumker in the Circuit Court of Henry County, Alabama. While plaintiff served RMSCO and Asplundh in July and August 2007, defendant Jimmy Rumker did not receive service until October 2007.

2. On August 27, 2007, then defendants Asplundh and RMSCO removed this case and filed motions to dismiss, which the Court granted on November 26, 2007.

3. On November 9, 2007, defendant Jimmy Rumker joined in the removal of the case and likewise, moved the Court to dismiss the case. The Motion to Dismiss will be under submission as of December 14, 2007. The Court has entered an Order that the parties conduct a discovery conference by December

14, 2007. Defendant Rumker respectfully requests that the Court continue the deadline for conducting a discovery conference until after the Court rules on the pending Motion to Dismiss.

    4.    Plaintiff's counsel has been contacted and has no opposition to this Motion.

For the foregoing reasons, defendant Jimmy Rumker respectfully requests that the Court continue the deadline for discovery conference until after it rules on the Motion to Dismiss.

                            Respectfully submitted,

                            *s/ Shannon L. Miller*
                            Shannon L. Miller (ASB-8026-R60S)
                            David T. Wiley (ASB-4051-Y54D)
                            Jackson Lewis LLP
                            First Commercial Bank Building
                            800 Shades Creek Parkway, Suite 870
                            Birmingham, Alabama 35209
                            Tel:   (205) 332-3102/3104
                            Fax:  (205) 332-3131

                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

    This is to certify that on this the <u>10th</u> day of December, 2007, the undersigned served a copy of the foregoing through the Court's CM/ECF filing system, as follows:

>Michael W. Rountree, Esq.
>Rountree & Associates, LLC
>448 Saint Lukes Drive
>Montgomery, Alabama 36117

                              <u>*s/ Shannon L. Miller*</u>
                              Shannon L. Miller