IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


TIMOTHY LANCE HUNTER,          )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )        1:07cv769-MHT
                               )
JIMMY RUMKER,                  )
                               )
    Defendant.                 )


ORDER

It is ORDERED that the motion to extend time (Doc. No. 16) is denied.

DONE, this the 11th day of December, 2007.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE