# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LANCE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-769-MHT |
| | ) | |
| JIMMY RUMKER, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 12, 2007, via telephone, and was attended by:

> Michael W. Rountree, attorney for plaintiff;

> Shannon L. Miller, attorney for defendant.

2. **Pre-Discovery Disclosures**. By **January 23, 2008**, the parties will exchange the information required by Local Rule 26.1(a)(1).

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

> Discovery will be needed on the claims that plaintiff properly has before the Court, defendant's affirmative defenses, and the alleged damages of plaintiff.

All discovery should be commenced in time to be completed by **April 9, 2008**.

Interrogatories – (Responses due 30 days after service)

Maximum of 20 interrogatories (including discrete subparts) by each party to any other party.

Requests for Production of Documents – (Responses due 30 days after service)

Maximum of 20 requests for production (including discrete subparts) by each party to any other party.

Depositions – Depositions shall be limited to a maximum of seven (7) hours each unless extended by agreement of the parties or by direction of the Court.

Maximum of 4 depositions by plaintiff and 4 depositions by defendant.

Experts – Reports from retained experts under Fed. R. Civ. P. 26(a)(2) due:

from plaintiffs by **February 15, 2008**; and

from defendant by **March 14, 2008**.

>Supplementations under Fed. R. Civ. P. 26(e)(1) are an ongoing and continuous requirement, but must be made no later than 30 days before the close of discovery.

4. **Other Items**.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference in **August 2008**.

Plaintiff may join additional parties or amend the pleadings until **January 28, 2008**. Defendant may join additional parties or amend the pleadings until **February 28, 2008**.

All potentially dispositive motions should be filed by **May 6, 2008**.

The parties have discussed whether this action may be suitable for mediation under the Court's Alternative Dispute Resolution Plan. Until some discovery is conducted, the parties do not believe mediation would be productive. The parties will inform the Court when and if it appears that this case is suitable for mediation.

Final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) should be due:

>from plaintiffs by 30 days before trial; and

>from defendant by 30 days before trial.

Parties should have 15 days after service of final lists of witnesses and exhibits to identify and serve objections under Fed. R. Civ. P. 26(a)(3).

The case should be ready for the trial docket of **September 8, 2008**. At this time, the number of trial days necessary is difficult to estimate.

Respectfully submitted this 12th day of December, 2007.

| Attorney for Plaintiff: | Attorney for Defendant: |
|---|---|
| *s/ Michael W. Rountree* | *s/ Shannon L. Miller* |
| Michael W. Rountree | Shannon L. Miller |
| Rountree & Associates, LLC | Jackson Lewis LLP |
| 448 Saint Lukes Drive | First Commercial Bank Building |
| Montgomery, AL 36117 | 800 Shades Creek Parkway, Suite 870 |
| Phone: (334) 270-8291 | Birmingham, Alabama 35209 |
| Fax: (334) 270-8294 | Tel: (205) 332-3102/3104 |
|  | Fax: (205) 332-3131 |